**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: SPREAD YOUR WINGS, LLC; et al., _____ SPREAD YOUR WINGS, LLC; et al., Petitioners, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, Respondent, AMZ GROUP LLC, Real Party in Interest. | No. 20-73619 D.C. No. 5:20-cv-03336-VKD ORDER[*] |

Petition for Writ of Mandamus

Argued and Submitted June 17, 2021
San Francisco, California

Before: SCHROEDER, M. SMITH, and VANDYKE, Circuit Judges.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Spread Your Wings, LLC, Blossom Hill Buildings, LLC, and Andrew S. Dumbaya filed this petition for writ of mandamus on December 10, 2020. On January 14, 2021, a motions panel of this court ordered the real party in interest, AMZ Group LLC, to file an answer and further ordered the case be placed on the next available calendar. This panel has now heard oral argument. The petition for writ of mandamus is denied.